IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHARLES ALPINE, <br> (a/k/a Charle Alpine) <br> (a/k/a Charles Willie Alpine) <br> (a/k/a Charles Al-pine) <br> (TDCJ-CID #1422624) <br><br> Plaintiff, <br><br> vs. <br><br> WARDEN R. WATHEN, *et al.,* <br><br> Defendants. | § § § § § § § § § § § § § <br><br> CIVIL ACTION H-12-3438 |

## ORDER OF DISMISSAL

For the reasons stated in this court's Memorandum on Dismissal entered this date, this civil action is dismissed without prejudice to refiling after payment of the entire $350.00 filing fee.

SIGNED on December 3, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge