**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| CHARLES ALPINE, § | |
| (a/k/a Charle Alpine) § | |
| (a/k/a Charles Willie Alpine) § | |
| (a/k/a Charles Al-pine) § | |
| (TDCJ-CID #1422624) § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | CIVIL ACTION H-12-3438 |
| § | |
| WARDEN R. WATHEN, *et al.,* § | |
| § | |
| Defendants. § | |

**ORDER OF DISMISSAL**

For the reasons stated in this court's Memorandum on Dismissal entered this date, this civil action is dismissed without prejudice to refiling after payment of the entire $350.00 filing fee.

SIGNED on December 3, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge